JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-cv-00401-DOC-JDE                                    Date: April 12, 2022

Title: OPENDOOR PROPERTY TRUST I V. MARK SCHMIDT ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [7]**

Before the Court is a Motion to Remand (Dkt. 7) ("Motion" or "Mot.") brought by Plaintiff Opendoor Property Trust I ("Plaintiff"). The Court finds the matter appropriate for resolution without oral argument. Fed. R. Civ. P. 78; C.D. Cal. R. 715. On March 15, 2022, Defendant Mark Schmidt ("Defendant") removed the case to this Court. Notice of Removal (Dkt. 1). Plaintiff filed the instant Motion on March 23, 2022. Per Local Rule 7-9, Defendant was required to file its opposition papers, if any, at least twenty-one days before the hearing date. *See* C.D. Cal. R. 7-9. Defendant failed to do so. Given Defendant's non-opposition, the Court **GRANTS** Plaintiff's Motion and **VACATES** the hearing scheduled for April 25, 2022.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                 Initials of Deputy Clerk: kdu

CIVIL-GEN